

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00039-CV

**IN RE** Bill **WILBURN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: February 11, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On January 14, 2026, relator filed a petition for writ of mandamus. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator did not show it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-CI-22967, styled *Bill Wilburn v. Gateway Mortgage et al.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.